IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JULIAN NAVARRO | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 7:23-cv-00189 |
| | § | |
| JUAN LOPEZ, and | § | |
| Z&R EXPRESS, LLC | § | JURY TRIAL REQUESTED |

**DEFENDANT Z&R EXPRESS, LLC'S NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant, Z&R EXPRESS, LLC, files this Notice of Removal pursuant to 28 U.S.C. §§1441 and 1446, showing the following basis for removal.

**INTRODUCTION**

1. Plaintiff, JULIAN NAVARRO, ("NAVARRO"), filed Plaintiff's Original Petition against Defendants initiating a lawsuit under Cause No. C-1423-23-F, pending in the 332nd Judicial District Court of Hidalgo County, Texas.

2. Defendant, JUAN LOPEZ ("LOPEZ"), has not been served with citation as of the filing of this removal.

3. Plaintiff initiated official service upon Defendant Z&R EXPRESS, LLC ("Z&R") via the Texas Secretary of State. While service upon the Texas Secretary of State occurred on April 14, 2023, said Petition was not forwarded to Z&R by the Texas Secretary of State until May 10, 2023 as shown on its website. While Defendant Z&R ultimately received a courtesy copy of Plaintiff's Original Petition in a May 12, 2023 email from Plaintiff's counsel to Z&R's insurer, it nevertheless acknowledges service as May 10, 2023.

4. This original Notice of Removal is filed within thirty days of service upon Defendants, the statutory period for removal as required under 28 U.S.C. §1446(b).

## JURISDICTION

5. This court has removal jurisdiction over this lawsuit pursuant to 28 U.S.C. §§1441 and 1446 and based upon diversity of citizenship under 28 U.S.C. §1332. Plaintiff JULIAN NAVARRO is an individual domiciled in Texas and therefore a citizen of this state. Defendant JUAN LOPEZ is an individual domiciled in California and therefore a citizen of that state. Defendant Z&R EXPRESS, LLC, is a Washington limited liability company whose sole member is a citizen of Washington and Z&R EXPRESS, LLC is therefore a citizen of that state. Thus, there is diversity of citizenship between Plaintiff and Defendants.

6. All Defendants who have been properly joined and served, join in or consent to the removal of this case to federal court as required by 28 U.S.C. §1446(b)(2)(A).

7. Consistent with TEX. R. CIV. P. 47, Plaintiffs seek monetary relief "over $1,000,000" in their Petition. Plaintiff JULIAN NAVARRO seeks to recover damages for:

(1) past and future physical pain;
(2) past and future mental pain and anguish;
(3) past and future medical expenses;
(4) past and future lost wages;
(5) disfigurement;
(6) past and future physical impairment;
(7) past and future medical care and attention;
(8) property damage;
(9) loss of use of their vehicle; and
(10) diminished value of their vehicle.

Therefore, the amount in controversy exceeds $75,000, excluding interest and costs, consistent with 28 U.S.C. §1332(a).

8. All pleadings, process, orders, and other filings in the state court action in the possession of Defendant is attached to this notice as required by 28 U.S.C. §1446(a).

9. Venue is proper in this district and division under 28 U.S.C. §1441(a) because the state court where the action has been pending is located in this district and division.

10. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the action has been pending.

## JURY DEMAND

11. Plaintiff did not request a jury in the state court suit. Defendant requests one with the filing of this removal.

## CONCLUSION

For these reasons, Defendant, Z&R EXPRESS, LLC., therefore give notice of its removal of this lawsuit to this Court, and an automatic stay of further proceedings in state district court.

Respectfully submitted,

RAMEY CHANDLER QUINN, P.C.

/s/ *Robert L. Ramey*
Robert L. Ramey, Attorney-in-Charge
Southern District No. 5535
State Bar No. 16498200
rlr@ramey-chandler.com
750 Bering, Suite 600
Houston, Texas 77057
(713) 266-0074
(713) 266-1064 (*facsimile*)
**(Do not use above email for service of documents)**

**Designated E-Service Email Address**
The following is the designation of electronic service email address for the above attorney(s) for all electronically served documents and notices, filed and unfiled, pursuant to Tex. R. Civ. P. 21(f)(2) and 21(a):
RCQZ-ESERVICE@RAMEY-CHANDLER.COM.
This is the ONLY electronic service email address for the above attorney(s), and service through any other email address will be considered invalid.

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been provided to all counsel of record in accordance with FED. R. CIV. P. on <u>June 8</u>, 2023.

Keith W. Lapeze | Taylor Shipman
LAPEZE & JOHNS, P.L.L.C.
601 Sawyer Street, Suite 650
Houston, Texas 77007

                                                      _/s/ Robert L. Ramey_
                                                      Robert L. Ramey